AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| JULIO CESAR VASQUEZ DELGADO | ) | 6:22-mj- 1101 |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 10, 2022 _____ in the county of _____ Orange _____ in the _____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 911 | False Claim to United States Citizenship |
| 18 U.S.C. § 1542 | Use of Passport Secured by False Statement |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Javier A. Mondejar, Enforcement Officer, USCBP
Printed name and title

Sworn to before me and signed in my presence.

Date: 2/11/2022

_____
Judge's signature

City and state: _____ Orlando, Florida _____

Daniel C. Irick, U.S. Magistrate Judge
Printed name and title

STATE OF FLORIDA                                  CASE No. 6:22-mj- ||○ |

COUNTY OF ORANGE

## AFFIDAVIT

I, JAVIER A. MONDEJAR, Enforcement Officer at Orlando International Airport working for United States Customs and Border Protection ("USCBP") in Orlando, Florida, being duly sworn, state the following:

1.      I am a Criminal Enforcement Officer at Orlando International Airport and have been so employed since 2008. Prior to assuming that position, I was a Customs and Border Protection Officer, and have been employed with the agency since 2006. I am responsible for conducting criminal investigations of the criminal statutes contained in the Immigration and Nationality Act, and related offenses contained in Titles 8 and 18 of the United States Code.

2.      The statements contained in this affidavit are based upon my own personal knowledge, as well as information provided to me by other law enforcement officials and employees of USCBP. I have not included in this Affidavit each and every fact and circumstance known to me, but only the facts and circumstances that I believe are sufficient to establish probable cause.

3.      On or about February 10, 2022, Julio Cesar VASQUEZ DELGADO ("DELGADO") arrived at the Orlando International Airport onboard Spirit Airlines Flight No. 862 from El Salvador. Upon arrival, DELGADO proceeded to the primary inspection station and requested admission into the United States as a United States Citizen. DELGADO claimed to be a United States Citizen from Puerto Rico, and presented a United States Passport (#515917816) in the name of I.M.T., with a date of birth of xx/xx/1979,

bearing DELGADO's photograph. The USCBP Officer (USCBPO) reviewed the documents and referred DELGADO to a secondary review due to that fact that I.M.T. was flagged in NCIC as the result of a protection order.

4.      On February 10, 2022, during the secondary review, DELGADO was asked basic questions by USCBPO Audeliz Pellot about where he was born, and DELGADO could not answer basic questions about native Puerto Rican common phrases. DELGADO was sent to back to passport control for further questioning.

5.      On February 10, 2022, while in passport control secondary, USCBPO Melvin Perez along with USCBPO Michael Delvalle inquired about the subject's parents and his place of birth in Puerto Rico and DELGADO could not provide meaningful answers to any of the questions. USCBPO Perez advised the subject that based on his experience the subject was not being truthful and that he believed that the identity the subject was using was not his true identity. USCBP fingerprinted DELGADO to verify his identity. A search was conducted in the Integrated Fingerprint Identification System (IAFIS) which revealed DELGADO's true name and that DELGADO was previously apprehended on March 8, 2005, for illegally entering the United States. A review of the database also revealed that DELGADO has an Alien File Number (A xxx xxx 348).

6.      DELGADO then was placed under oath for an administrative interview. While under oath, DELGADO admitted to the CBP officers that about 15 years ago he purchased a Puerto Rican birth certificate and social security card in order to work in the United States. DELGADO further stated that in 2013, he used the purchased documents to obtain a valid United States passport which he has used on numerous occasions to travel to and from the

United States. The same documents were used to obtain a driver's license in the state of North Carolina.

7.    The CBP Criminal Enforcement Unit was notified of the incident and I responded. I encountered DELGADO in passport control secondary, at which time law enforcement computer system checks were conducted and revealed that DELGADO had departed and reentered the United States on numerus occasions under the name I.M.T. with United States passport numbers 435154297 and 515917816. DELGADO's fingerprints revealed that he had been encountered by CBP Border Patrol on or about March 7, 2005, which is when he was assigned his Alien File Number. DELGADO was released and given a notice to appear on April 20, 2005. DELGADO did not appear for the hearing on April 20, 2005 and was ordered deported in absentia. There is no record of DELGADO ever subsequently appearing to immigration authorities.

8.    I advised DELGADO of his *Miranda* warnings in the Spanish language. DELGADO stated that he understood his rights and elected to give a statement without the benefit of an attorney. DELGADO stated that his true and complete name is Julio Cesar VASQUEZ DELGADO and that he was born in El Salvador. DELGADO stated that he was not a United States citizen. DELGADO admitted that he did not know the person whose identity he had been using. DELGADO admitted that he paid $1,500 for the Social Security Card and the Puerto Rican birth certificate.

9.    Based upon the foregoing, your affiant submits that there is probable cause to believe that on or about February 10, 2022, Julio Cesar VASQUEZ DELGADO knowingly falsely and willfully represented himself to be a citizen of the United States, in violation of 18

U.S.C. § 911; and that he willfully and knowingly used or attempted to use a United States

passport that was secured by a false statement, in violation of 18 U.S.C. § 1542.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Javier A Mondejar
Criminal Enforcement Officer
U.S. Customs and Border Protection

Sworn and subscribed to before me on this
11th day of February, 2022, in Orlando, Florida.

DANIEL C. IRICK
United States Magistrate Judge